ELECTRONICALLY FILED
5/13/2026 2:55 PM
02-CV-2026-901383.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **LYNDSEY DANNIELLE DEGEYTER** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.:CV-2026-XXXXXX.XX** |
| | * | |
| **PUBLIX SUPER MARKETS, INC** | * | |
| **and Fictitious Defendants A – Z, being parties whose fault caused or contributed to the injuries sustained by the Plaintiff which is the basis of this suit, and whose names, capacities and identities are otherwise unknown to the Plaintiff and which will be added by amendment when ascertained,** | * | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| | * | |
| **Defendants.** | * | |

**EXHIBIT 1**

**COMPLAINT**
**JURISDICTIONAL PREAMBLE**

COMES NOW the Plaintiff, LYNDSEY DANNIELLE DEGEYTER, and in accordance with the *Alabama Rules of Civil Procedure*, files the following claim for relief against the Defendants, PUBLIX SUPER MARKETS, INC., and Fictitious Defendants, A- –Z, as follows:

1. Plaintiff, Lyndsey Dannielle Degeyter, is an adult resident of Mobile County, Alabama.

2. Defendant, PUBLIX SUPER MARKETS, INC., is a foreign corporation conducting business in Mobile County, Alabama.

3. Fictitious Defendants A–Z are persons, firms, corporations and/or entities within the jurisdiction of this court as set out in the style of this Complaint, whose true names are unknown to the Plaintiff at this time but will be substituted by amendment when discovered.

4. The amount in controversy is within the jurisdictional limits of this Honorable Court.

**FIRST CAUSE OF ACTION**
**NEGLIGENCE**

Plaintiff Lyndsey Dannielle Degeyter alleges against Defendants Publix Super Markets, Inc., and Fictitious Defendants A–Z, separately and severally as follows:

5. The Plaintiff adopts and re-alleges all prior paragraphs as is fully set out herein.

6. On or about December 18, 2025, Plaintiff Lyndsey Dannielle Degeyter, while an invitee, was upon the premises either owned or under the control of the Defendants located at the Publix, 4628 Airport Blvd, Mobile, AL 36608. While in an area open to invitees and expected to be traversed by said invitees, the Plaintiff was shopping on an aisle when a stocking cart fell on her, injuring her neck.

7. Plaintiff's injuries were the proximate result of the Defendants' negligence in that the Defendants knew or should have known of the hazardous condition of the product and failed to either remedy the hazard or warn the Plaintiff of the hazard.

8. The hazard was not open and obvious.

9. As a proximate result of the Defendants' negligence, Plaintiff suffered the following injuries and damages: Plaintiff was made sick, sore, and lame; Plaintiff was battered, bruised and contused; Plaintiff was permanently injured; Plaintiff suffered physical pain and suffering and mental anguish and will so suffer in the future; Plaintiff incurred medical bills and expenses and will incur such expenses in the future; Plaintiff lost wages and an ability to earn money.

WHEREFORE, Plaintiff demands judgment against the Defendants for compensatory damages in a sum within the jurisdictional limits of this Court, plus interest and cost.

**SECOND CAUSE OF ACTION**
**WANTONNESS**

Plaintiff Lyndsey Dannielle Degeyter alleges against PUBLIX SUPER MARKETS, INC., and Fictitious Defendants, A–Z, separately and severally as follows:

10. The Plaintiff adopts and re-alleges all prior paragraphs as is fully set out herein.

11. On or about December 18, 2025 Plaintiff Lyndsey Dannielle Degeyter while an invitee, was upon the premises either owned or under the control of the Defendants located at the Publix, 4628 Airport Blvd, Mobile, AL 36608. While in an area open to invitees and expected to be traversed by said invitees, the Plaintiff was shopping on an aisle when a stocking cart fell on her, injuring her neck.

12. Plaintiff's fall was the proximate result of the Defendants' wantonness in that the Defendants knew or should have known of the hazardous condition of the product and failed to either remedy the hazard or warn the Plaintiff of the hazard.

13. The hazard was not open and obvious.

14. As a proximate result of the Defendants' wantonness, Plaintiff suffered the following injuries and damages: Plaintiff was made sick, sore, and lame; Plaintiff was battered, bruised and contused; Plaintiff suffered permanent injuries; Plaintiff suffered physical pain and suffering and mental anguish and will so suffer in the future; Plaintiff incurred medical bills and expenses and will incur such expenses in the future; Plaintiff lost wages and an ability to earn money.

WHEREFORE, Plaintiff demands judgment against the Defendants for punitive damages in a sum within the jurisdictional limits of this Court, plus interest and cost. This the 13th day of May 2026.

**/s/ SEAN D. PHINNEY**
Sean D. Phinney (PHI073)
Attorney for Plaintiff
James T. Laura, Jr. Law, PC d/b/a
More 2 You Law, PC
559 Fairhope Ave. Ste. 206
Fairhope, AL 36532
877.789.7759 (direct)
251.680.4784 (cell)
251.973.8080 (f)
seanphinney@more2you.com

**PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY**

**/s/ SEAN D. PHINNEY**
Sean D. Phinney (PHI073)
Attorney for Plaintiff

**DEFENDANTS TO BE SERVED BY THE CLERK VIA CERTIFIED MAIL AS FOLLOWS BELOW:**

**PUBLIX SUPER MARKETS, INC**
**C/O CORPORATE CREATIONS NETWORK INC**
**4000 EAGLE POINT CORPORATE DRIVE**
**BIRMINGHAM, AL 35242**